UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXIE HUSTON AND JACKIE TONKEL,<br><br>Plaintiffs,<br><br>v.<br><br>REYNOLDS RESORTS, LLC; REYNOLDS RESORTS-COSTANOA, LLC; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 4:21-cv-00738-HSG<br><br>**ORDER TO EXTEND TIME TO PERFORM A JOINT SITE INSPECTION OF THE PREMISES PER GENERAL ORDER 56**<br><br>Complaint Filed January 29, 2021 |

# ORDER

The Court, having considered the Stipulation to Extend Time to perform a Joint Site Inspection of the Premises Per General Order 56 and good cause appearing therefore.

IT IS HEREBY ORDERED that the time for the parties to perform a Joint Site Inspection of the Premises per General Order 56 is extended to and including June 15, 2021.

**IT IS SO ORDERED.**

Dated: 6/8/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

69069648v1