**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DIXIE HUSTON AND JACKIE TONKEL,
Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| DIXIE HUSTON and JACKIE TONKEL,<br><br>Plaintiffs,<br><br>REYNOLDS RESORTS, LLC;<br>REYNOLDS RESORTS - COSTANOA,<br>LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 21-cv-00738-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANT REYNOLDS RESORTS, LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiffs DIXIE HUSTON and JACKIE TONKEL

dismiss their complaint without prejudice as to Defendant REYNOLDS RESORTS, LLC only

pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). This defendant has filed neither an answer nor a

motion for summary judgment. Plaintiffs reserve all rights against Defendant REYNOLDS

RESORTS - COSTANOA, LLC.


Dated: June 24, 2021          */s/ Irakli Karbelashvili*
                             Irakli Karbelashvili, Attorney for Plaintiffs
                             DIXIE HUSTON and JACKIE TONKEL

Page 1 of 1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO REYNOLDS
RESORTS, LLC