ALLACCESS LAW GROUP
  Irene Karbelashvili, State Bar Number 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, State Bar Number 302971
  irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:    (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for, Plaintiffs DIXIE HUSTON and JACKIE TONKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIXIE HUSTON et al., <br><br> Plaintiff, <br><br> REYNOLDS RESORTS - COSTANOA, LLC, <br><br> Defendant. | Case No. 21-cv-00738-HSG <br><br> **STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE THE SETTLEMENT MEETING AND REQUEST MEDIATION UNDER GENERAL ORDER NO. 56** |

1

STIPULATION AND ORDER

DIXIE HUSTON and JACKIE TONKEL (collectively, "Plaintiffs") and REYNOLDS RESORTS - COSTANOA, LLC ("Defendant") stipulate and request that the Court continue the settlement meeting deadline under the Court's Scheduling Order and General Order No. 56 to **August 19, 2021** and the deadline to request mediation to **August 23, 2021**. There is good cause based on the following:

1. On January 29, 2021 Plaintiffs filed this disability access case alleging violations of the Americans with Disabilities Act and related California laws.

2. On April 2, 2021 Defendant filed its answer on Plaintiffs' complaint. ECF No. 8.

3. On May 6, 2021 the Court continued the joint inspection deadline to May 29, 2021. ECF No. 12.

4. On June 7, 2021 the Court continued the joint inspection deadline to June 15, 2021.

5. In anticipation of the joint site inspection, the parties exchanged their Rule 26 Initial Disclosures.

6. On June 15, 2021 the parties conducted a joint site inspection of the subject premises during which Plaintiff's expert took measurements and readings.

7. Plaintiff's expert generated an inspection report based on his findings and shared it with Plaintiff's counsel on July 19, 2021.

8. The Scheduling Order requires that the settlement meting occur no later than 35 days after the joint site inspection. Therefore, the current settlement meeting deadline is July 20, 2021.

9. Plaintiffs will be able to participate in the settlement meeting once they have an opportunity to review their expert's report and confer with counsel.

10. The deadline to request mediation is 42 days after the joint site inspection. Accordingly, the current deadline is July 27, 2021.

11. The parties need to first attend the settlement meeting before requesting mediation, if mediation is necessary.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: July 20, 2021 | */s/ Irakli Karbelashvili*  <br>Irakli Karbelashvili, Attorney for Plaintiffs DIXIE HUSTON and JACKIE TONKEL |
| Dated: July 20, 2021 | */s/ Stuart K. Tubis*  <br>Stuart K. Tubs, Attorney for Defendant REYNOLDS RESORTS - COSTANOA, LLC |

**Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

STIPULATION AND ORDER

**DECLARATION IN SUPPORT OF STIPULATION**

I, Irakli Karbelashvili, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court. I am counsel of record for Plaintiffs. I submit this declaration pursuant to Local Rule 6-2 in support of the parties' stipulation to continue the deadline to hold the settlement meeting and request mediation.

2. I believe that the relief requested in this stipulation is necessary so that the parties remain in compliance with the scheduling order deadlines.

3. This is the parties' third request for a time modification from the Court. The parties previously requested, on two separate occasions, a continuance of the joint site inspection deadline. These stipulated requests were granted by the Court. The parties also stipulated, without requesting a court order, to continue Defendant's response deadline by not more than 30 days. ECF No. 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2021 at Playa Vista, California.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the Scheduling Order deadlines are modified as follows:

Deadline to Complete Settlement Meeting:	August 19, 2021

Deadline to Request Mediation:	August 23, 2021.

This Order does not modify any other deadlines.

**IT IS SO ORDERED.**

Dated:  7/21/2021

*Haywood S. Gill, Jr.*
United States District Judge