ALLACCESS LAW GROUP
 Irene Karbelashvili, State Bar Number 232223
 irene@allaccesslawgroup.com
 Irakli Karbelashvili, State Bar Number 302971
 irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:    (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for, Plaintiffs DIXIE HUSTON and JACKIE TONKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIXIE HUSTON et al., | Case No. 21-cv-00738-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| REYNOLDS RESORTS - COSTANOA, LLC, | |
| Defendant. | |

1
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

DIXIE HUSTON and JACKIE TONKEL (collectively, "Plaintiffs") and REYNOLDS RESORTS - COSTANOA, LLC ("Defendant") stipulate and respectfully request through their undersign counsel that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over their settlement agreement in accordance with General Order No. 56.

Respectfully submitted,

Dated: July 7, 2022         /s/ Irakli Karbelashvili
                            Irakli Karbelashvili, Attorney for
                            Plaintiffs DIXIE HUSTON and JACKIE
                            TONKEL

Dated: July 8, 2022         /s/ Martin Orlick
                            Martin Orlick, Attorney for
                            Defendant REYNOLDS RESORTS -
                            COSTANOA, LLC

**Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from the signatories in the filing of this document.

/s/ Irakli Karbelashvili
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated: _____                                      _____
                                                         United States District Judge